NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAYER SCHERING PHARMA AG** AND
**BAYER HEALTHCARE PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellants,*

v.

**LUPIN, LTD.** AND **LUPIN PHARMACEUTICALS, INC.,**
*Defendants-Appellees.*

---

2011-1143

---

Appeal from the United States District Court for the Southern District of New York in case no. 10-CV-5423, Judge Paul G. Gardephe.

---

**ON MOTION**

---

**O R D E R**

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. move for a 60-day extension of time, until May 3, 2011, to file their opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 14 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Peter B. Bensinger, Jr., Esq.
Robert F. Green, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 14 2011

JAN HORBALY
CLERK